<span style="color:red">**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
You were not billed for these documents.
Please see below.</span>

# Selected docket entries for case 15–30504

Generated: 04/18/2025 09:32:17

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 10/13/2015 | 49 Reply Brief<br>**DOCUMENT COULD NOT BE RETRIEVED!** | | APPELLANT'S REPLY BRIEF FILED<br><br>Reply Brief deadline satisfied. Paper Copies of Brief due on 10/19/2015 for Appellants Cashman Equipment Corporation and Servicio Marina Superior, L.L.C.. [15–30504]<br>REVIEWED AND/OR EDITED – The original text prior to review appeared as follows: APPELLANT'S REPLY BRIEF FILED by Cashman Equipment Corporation and Servicio Marina Superior, L.L.C. Date of service: 10/13/2015 via email – Attorney for Appellants: Capella, Couhig, Lemann, Pastorek, Pisano; Attorney for Appellees: Hurley, Lemon [15–30504] (Jeffrey Thomas Pastorek ) |